This evidence cannot be received; a copy of the plat on file would be better evidence *Page 403 
of this alteration than any parol proof. Independent of this consideration, the alteration of a grant is not similar to the same thing in a deed. The State having granted the land, an alteration does not affect the grant, which is of record.[1] The interest conveyed is not thereby affected. We do not give any decisive opinion whether the plat is an essential part of the grant or not.[1] If, however, the plaintiff's counsel should think this last point is material, they can bring it again before the Court.
[1] McCleland's Lessee v. Dunlap, S. C. E. A. Knoxville,. May, 1812, acc.
[1] In the case of Polk's Lessee v. Hill etal., Federal Court Nashville, June, 1811, it was decided that the plat did not make an essential part of the grant.